E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>      Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>      Defendants. | Case No. _____<br><br><br><br>**PETITION AND JURY DEMAND** |

**COMES NOW** the Plaintiff and states the following for her cause of action against Defendants:

### INTRODUCTION

1.      This is an action under the Iowa Civil Rights Act, challenging Defendants' illegal age discrimination, gender discrimination, and retaliation against Plaintiff.

2.      Plaintiff April Samp is a resident of Dallas County, Iowa.

3.      Defendant TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV is a Delaware limited liability company doing business in Polk County, Iowa.

4.      Defendant TEGNA Inc. is a Delaware corporation doing business in Polk County, Iowa.

5.      Defendant Susan McEldoon is a resident of Texas.

6.      Defendant Patti Dennis is a resident of Colorado.

7.      Defendant Paul Trelstad is a resident of Missouri.

8.      The acts of which Plaintiff complains occurred in Polk County, Iowa.

Exhibit 1, p. 1

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

## PROCEDURAL REQUIREMENTS

9.      On April 21, 2020, within 300 days of the acts of which she complains, Plaintiff

filed with the Iowa Civil Rights Commission charges of employment discrimination and

retaliation against Defendants.

10.     On September 4, 2020, less than 90 days prior to the filing of this Petition, the

Iowa Civil Rights Commission issued an administrative release with respect to Plaintiff's

charges against Defendants.

## FACTUAL BACKGROUND

11.     On August 17, 2014, Plaintiff April Samp started working as the News Director at

WOI-TV in Des Moines.

12.     When April started, WOI-TV was owned by Nexstar Media Group.

13.     Between August 2017 and March 2018, April served as interim General Manager

of WOI-TV.

14.     During April's time as News Director, she formed a team that won the prestigious

Walter Cronkite National Award for Excellence in Political Journalism. Team members also won

two Regional Edward R. Murrow Awards for Hard News Reporting and Feature Reporting.

Under April's leadership, WOI-TV won four Regional Emmy Awards for the first time in more

than 30 years.

15.     In mid-September 2019, Nexstar merged with Tribune Media, which triggered the

divestiture of WOI-TV to TEGNA Inc. Once the sale closed, WOI-TV was owned and operated

by Defendants TEGNA BROADCAST HOLDINGS, LLC and TEGNA Inc. (collectively

referred to as "TEGNA.")

Exhibit 1, p. 2

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

16.     Following TEGNA's acquisition of WOI-TV, April reported to WOI-TV General Manager Mary Ann Johnson, TEGNA Vice President of News Ellen Crooke, and TEGNA Corporate News Director Patti Dennis.

17.     In addition to her formal reporting relationships, April also worked closely with TEGNA Senior Vice President Paul Trelstad, to whom the WOI-TV General Manager reported.

18.     In October 2019, TEGNA flew April, Johnson, WOI-TV General Sales Manager Jo McJunkin, and WOI-TV Creative Services Manager Andrea Garnant to the TEGNA corporate headquarters in Virginia for orientation meetings.

19.     During the visit to Virginia, April became acquainted with Crooke. Crooke wrote April notes about how glad TEGNA was to have her on their team and how glad Crooke was to work with April.

20.     During the visit to Virginia, April told Crooke that she believed her most important job was being a mom.

21.     TEGNA fired McJunkin, a woman over 40 years old, while the WOI-TV employees were still in Virginia for TEGNA orientation.

22.     Later in October 2019, TEGNA fired Johnson, another woman over 40 years old.

23.     After firing Johnson, TEGNA hired and/or contracted with Susan McEldoon to serve as General Manager of WOI-TV.

24.     In October, April stopped reporting to Crooke. From that time on, April reported to McEldoon and Dennis.

25.     McEldoon had never worked in the Des Moines news market and spent most of her time in Florida, Texas, or Chicago.

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

26.     During her time as WOI-TV General Manager, McEldoon typically was in Des Moines just two or three days per week.

27.     When McEldoon started, April met with McEldoon and Senior Vice President Paul Trelstad to introduce them to the station. April presented the executives with a 12-page document describing WOI-TV's history and recently improved ratings.

28.     April warned McEldoon and Trelstad that WOI-TV had a major signal problem, as half of the viewing market could not receive the station over the air.

29.     April told McEldoon and Trelstad that she wanted to hire for several positions to further improve the station.

30.     Neither McEldoon nor Trelstad seemed interested in the detailed information April provided. Trelstad merely mused that WOI-TV was a "ratings-challenged station."

31.     April later approached McEldoon about contract negotiations for FEMALE ANCHOR[1].

32.     April believed FEMALE ANCHOR was a key employee in the WOI-TV newsroom, so she was relentless in encouraging WOI-TV and TEGNA to pay the anchor accordingly.

33.     April told McEldoon that McEldoon needed to look at the station's budget because women, including FEMALE ANCHOR, were being paid less than men to do the same job.

34.     From mid-September 2019 until her termination, April raised concerns about WOI-TV's discriminatory pay practices to McEldoon, Trelstad, and Dennis.

---

[1] The female anchor's name is provided in a Confidential Information Form filed contemporaneously with this Petition and Jury Demand.

Exhibit 1, p. 4

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

35.     McEldoon, Trelstad, and Dennis rebuffed April's attempts to achieve pay equality.

36.     After FEMALE ANCHOR'S 2019 contract negotiation, TEGNA paid FEMALE ANCHOR $80,000 per year and MALE ANCHOR $115,000 per year to perform the same job.

37.     Despite the pay disparity, FEMALE ANCHOR had more job responsibilities than MALE ANCHOR.

38.     Elections are a huge part of a local television station's operations.

39.     On November 5, 2019, Iowa held regular city and school elections.

40.     WOI-TV's Chief Engineer, a male, failed to provide any staff to assist the newsroom on the night of the election.

41.     The Chief Engineer's failure to prepare for the elections and provide staff to assist the newsroom had a negative impact on the station's coverage of the election.

42.     April worked at least 16 hours on election day.

43.     April texted McEldoon at the end of the night, expressing her frustration about engineering failing to provide staff for the election.

44.     Within days of the election, April asked McEldoon if she had talked to the Chief Engineer about election night.

45.     McEldoon told April, "This is your problem. This is something you need to fix."

46.     April told McEldoon there was an ongoing problem with engineering and asked if McEldoon would hold a meeting with April and the Chief Engineer.

47.     McEldoon responded, "This is just a good example of why men make better leaders than women; because they aren't so emotional."

48.     On December 16, 2019, Defendants fired April.

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

49.     Defendants did not fire the Chief Engineer when they fired April.

50.     McEldoon told April, "We just don't think this newsroom is going to be successful under your future leadership."

51.     April was the third woman over 40 years old at WOI-TV who Defendants fired in the three months following TEGNA's acquisition of the station.

52.     TEGNA replaced all three women with men.

53.     Susan McEldoon was an employee and/or agent of Defendants TEGNA BROADCAST HOLDINGS, LLC and/or TEGNA Inc., acting at all material times within the scope of her employment and/or agency.

54.     Paul Trelstad was an employee and/or agent of Defendants TEGNA BROADCAST HOLDINGS, LLC and/or TEGNA Inc., acting at all material times within the scope of his employment and/or agency.

55.     Patti Dennis was an employee and/or agent of Defendants TEGNA BROADCAST HOLDINGS, LLC and/or TEGNA Inc., acting at all material times within the scope of her employment and/or agency.

## COUNT I
## VIOLATION OF THE IOWA CIVIL RIGHTS ACT
## SEX DISCRIMINATION

56.     Plaintiff repleads paragraphs 1 through 55 as if fully set forth herein.

57.     Defendants discriminated against April in employment.

58.     April's sex was a motivating factor in Defendants' discrimination against her.

59.     As a result of Defendants' acts and omissions, April has in the past and will in the future suffer injuries and damages including, but not limited to, lost wages and benefits and emotional distress.

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate her for her injuries and damages, for appropriate equitable and injunctive relief, for prejudgment and postjudgment interest, for attorneys' fees and litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of the Iowa Civil Rights Act.

### COUNT II
### VIOLATION OF THE IOWA CIVIL RIGHTS ACT
### AGE DISCRIMINATION

60.     Plaintiff repleads paragraphs 1 through 59 as if fully set forth herein.

61.     Defendants discriminated against April in employment.

62.     April's age was a motivating factor in Defendants' discrimination against her.

63.     As a result of Defendants' acts and omissions, April has in the past and will in the future suffer injuries and damages including, but not limited to, lost wages and benefits and emotional distress.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate her for her injuries and damages, for appropriate equitable and injunctive relief, for prejudgment and postjudgment interest, for attorneys' fees and litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of the Iowa Civil Rights Act.

### COUNT III
### VIOLATION OF THE IOWA CIVIL RIGHTS ACT
### RETALIATION

64.     Plaintiff repleads paragraphs 1 through 63 as if fully set forth herein.

65.     April engaged in protected activity when she opposed Defendants' discriminatory pay practices.

Exhibit 1, p. 7

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

66.     Defendants discriminated and/or retaliated against April by firing her.

67.     April's protected activity was a motivating factor in Defendants' discrimination and/or retaliation against her.

68.     As a result of Defendants' acts and omissions, April has in the past and will in the future suffer injuries and damages including, but not limited to, lost wages and benefits and emotional distress.

WHEREFORE, Plaintiff demands judgment against Defendants, jointly and severally, in an amount which will fully and fairly compensate her for her injuries and damages, for appropriate equitable and injunctive relief, for prejudgment and postjudgment interest, for attorneys' fees and litigation expenses, for the costs of this action, and for such other relief as may be just in the circumstances and consistent with the purposes of the Iowa Civil Rights Act.

## JURY DEMAND

**COMES NOW** the Plaintiff and demands a trial by jury.

*/s/ Nathan Borland*
TIMMER & JUDKINS, P.L.L.C.
Brooke Timmer AT0008821
brooke@timmerjudkins.com
Nathan Borland AT0011802
nate@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
**ATTORNEYS FOR PLAINTIFF**

Exhibit 1, p. 8

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>      Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>      Defendants. | Case No. _____<br><br><br><br><br><br>**PETITION AND JURY DEMAND** |

TO THE ABOVE-NAMED DEFENDANT(S):  PATTI DENNIS

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Nathan Borland and Brooke Timmer of Timmer & Judkins, P.L.L.C., 1415 28th Street, Suite 375, West Des Moines, IA 50266.  Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).


_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa


**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2020 SEP 23 9:09 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.*  LACL148726

*County*  Polk

*Case Title*  APRIL SAMP V TEGNA BROADCAST HOLDINGS LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:** http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

---

*Scheduled Hearing:*

---

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/23/2020 09:09:20 AM



*District Clerk of*  Polk                    *County*

/s/ Christy Wagner

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP, | Case No. _____ |
|      Plaintiff, | |
| vs. | |
| TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD, | **PETITION AND JURY DEMAND** |
|      Defendants. | |

TO THE ABOVE-NAMED DEFENDANT(S):  PAUL TRELSTAD

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Nathan Borland and Brooke Timmer of Timmer & Judkins, P.L.L.C., 1415 28th Street, Suite 375, West Des Moines, IA 50266.  Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).

_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa

**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2020 SEP 23 9:09 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.*  LACL148726

*County*  Polk

*Case Title*  APRIL SAMP V TEGNA BROADCAST HOLDINGS LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**    .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/23/2020 09:09:20 AM



*District Clerk of*  Polk                        *County*

/s/ Christy Wagner

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>        Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>        Defendants. | Case No. _____<br><br><br><br><br>**PETITION AND JURY DEMAND** |

TO THE ABOVE-NAMED DEFENDANT(S):  SUSAN MCELDOON

        You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Nathan Borland and Brooke Timmer of Timmer & Judkins, P.L.L.C., 1415 28th Street, Suite 375, West Des Moines, IA 50266.  Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

        You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

        If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).


_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa


**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2020 SEP 23 9:09 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.* LACL148726

*County* Polk

*Case Title* APRIL SAMP V TEGNA BROADCAST HOLDINGS LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/23/2020 09:09:20 AM



*District Clerk of* Polk                    *County*

/s/ Christy Wagner

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>      Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC<br>d/b/a WOI-TV, TEGNA INC., SUSAN<br>MCELDOON, PATTI DENNIS, and PAUL<br>TRELSTAD,<br><br>      Defendants. | Case No. _____<br><br><br><br>**PETITION AND JURY DEMAND** |

TO THE ABOVE-NAMED DEFENDANT(S):  TEGNA BROADCAST HOLDINGS, LLC
d/b/a WOI-TV

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Nathan Borland and Brooke Timmer of Timmer & Judkins, P.L.L.C., 1415 28th Street, Suite 375, West Des Moines, IA 50266.  Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).


_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa


**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2020 SEP 23 9:09 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.*  LACL148726

*County*  Polk

*Case Title*  APRIL SAMP V TEGNA BROADCAST HOLDINGS LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/23/2020 09:09:20 AM



*District Clerk of*  Polk                              *County*

/s/ Christy Wagner

E-FILED  2020 SEP 21 4:25 PM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>        Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>        Defendants. | Case No. _____<br><br><br><br><br>**PETITION AND JURY DEMAND** |

TO THE ABOVE-NAMED DEFENDANT(S):  TEGNA INC.

You are notified that a Petition at Law has been filed in the office of the clerk of this court naming you as a defendant in this action.  A copy of the Petition is attached to this notice. The attorneys for the plaintiff are Nathan Borland and Brooke Timmer of Timmer & Judkins, P.L.L.C., 1415 28th Street, Suite 375, West Des Moines, IA 50266.  Their phone number is (515) 259-7462; facsimile number (515) 361-5390.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County.  If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394. (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942).


_____
CLERK OF COURT
Polk County Courthouse
Des Moines, Iowa


**IMPORTANT:**
**You are advised to seek legal advice at once to protect your interests.**

E-FILED  2020 SEP 23 9:09 AM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.*  LACL148726

*County*  Polk

*Case Title*  APRIL SAMP V TEGNA BROADCAST HOLDINGS LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(515) 286-3394**    .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  09/23/2020 09:09:20 AM



*District Clerk of*  Polk                    *County*

/s/ Christy Wagner

E-FILED  2020 OCT 01 3:20 PM POLK - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>      Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC<br>d/b/a WOI-TV, TEGNA INC., SUSAN<br>MCELDOON, PATTI DENNIS, and PAUL<br>TRELSTAD,<br><br>      Defendants. | Case No. LACL148726<br><br><br><br>**ACCEPTANCE OF SERVICE** |

COMES NOW the undersigned, on behalf of Defendants TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV; TEGNA INC.; SUSAN MCELDOON; PATTI DENNIS; and PAUL TRELSTAD, and hereby accepts service of the Petition and Jury Demand and Original Notices in this matter.

Dated this 1st day of October, 2020.

*Kendra D. Simmons*

FREDRIKSON & BYRON, P.A.
Bridget R. Penick (AT6147)
Kendra D. Simmons (AT12988)
bpenick@fredlaw.com
ksimmons@fredlaw.com
505 E. Grand Ave., Suite 200
Des Moines, IA 50309
Telephone: 515-242-8900
Facsimile: 515-242-8950

**ATTORNEYS FOR DEFENDANTS**

Signed and sworn to (or affirmed) before me this 1st day of October, 2020, by Kendra D. Simmons.

ELLEN J. WORKMAN
Commission Number 743407
My Commission Expires
October 13, 20 2 1

_____
Signature of Notary Public

E-FILED  2020 OCT 02 11:26 AM POLK - CLERK OF DISTRICT COURT

# AFFIDAVIT OF
# RETURN OF SERVICE

**STATE OF IOWA**                                                        **CASE #LACL148726**

**POLK COUNTY**

**CASE NAME:**                                 **APRIL SAMP**

**VS**

**TEGNA BROADCAST HOLDINGS, LLC D/B/A WOI-TV,**
**TEGNA, INC., SUSAN MCELDOON, PATTI DENNIS,**
**AND PAUL TRELSTAD**

I, the undersigned, being duly sworn on oath, do hereby depose and state that I received the
**ORIGINAL NOTICE; PETITION AND JURY DEMAND**

Received on the 30 day of September, 2020; served on the 30 day of September, 2020 at 10:57am

I served the same on the within name Tegna Broadcast Holdings, LLC
At 400 E. Court Ave., **DES MOINES**, **IOWA**

by delivering a true and identical copy of each such item in the following manner:

_____        I served the same by delivering a copy thereof to the above personally.

_____        I served the same on the above person at the person's dwelling house or usual place
                of abode, by there delivering a copy thereof to a member of the family, or a manager,
                clerk, proprietor or custodian named and described below, a person who was then at
                least eighteen years old, who resides at this address.

__X__           I served to above company, corporation, etc., by delivering a copy to the person
                named and described below.  Said service was made at the address shown below, if
                any otherwise at the above address.

Service Fee        _____        Located at    _____

Mileage            _____        Remarks       c/o C. T. Corporation System, Registered
                                                             Agent / Lisa Darrell
Service Charge     _____                      _____

Total Charges:  $40.00                         By: _____
                                                   C Miller Investigations, Inc.

Subscribed and sworn to before by the said Raymond Miller (R. Miller)
In Polk County, Iowa on this the 2 day of October, 2020
                                               By: _____
                                                   Notary Public for the State of Iowa

DONNA C RAY
Commission Number 781706
My Commission Expires
December 06, 2022

E-FILED  2020 OCT 16 9:10 AM POLK - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR POLK COUNTY

| | |
|---|---|
| APRIL SAMP,<br><br>      Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>      Defendants. | Case No. LACL148726<br><br><br><br>**MOTION FOR LEAVE TO FILE CONFIDENTIAL INFORMATION FORM REGARDING PLAINTIFF'S PETITION AND JURY DEMAND UNDER SEAL** |

COMES NOW the Plaintiff and states the following as her Motion for Leave to File Confidential Information Form Regarding Plaintiff's Petition and Jury Demand Under Seal:

1.      Plaintiff filed her Petition and Jury Demand on September 21, 2020.

2.      Plaintiff's Petition and Jury Demand contains pseudonyms to protect the confidentiality of information about third parties' employment status, wages, and contract negotiations.

3.      Plaintiff has prepared a Confidential Information Form containing the identity of the third parties to whom she referred by pseudonym.

4.      Plaintiff requests the Court's permission to file the Confidential Information Form under seal.

WHEREFORE, Plaintiff respectfully requests the Court grant her leave to file under seal the Confidential Information Form Regarding Plaintiff's Petition and Jury Demand.

Exhibit 1, p. 21

E-FILED  2020 OCT 16 9:10 AM POLK - CLERK OF DISTRICT COURT

*/s/ Nathan Borland*
TIMMER & JUDKINS, P.L.L.C.
Brooke Timmer AT0008821
brooke@timmerjudkins.com
Nathan Borland AT0011802
nate@timmerjudkins.com
1415 28th Street, Suite 375
West Des Moines, IA 50266
Telephone: (515) 259-7462
Fax: (515) 361-5390
ATTORNEYS FOR PLAINTIFF

2