# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | | |
|---|---|---|
| APRIL SAMP, | * | CIVIL NO. 4:20-cv-00323-CRW-SBJ |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| TEGNA BROADCAST HOLDINGS, LLC | * | **SCHEDULING AND** |
| d/b/a WOI-TV; TEGNA INC.; | * | **TRIAL SETTING ORDER** |
| SUSAN MCELDOON; PATTI DENNIS; | * | |
| and PAUL TRELSTAD, | * | |
| | * | |
| Defendants. | * | |
| | * | |

A scheduling conference was conducted pursuant to Fed. R. Civ. P. 16 on December 9, 2020. Based on the discussions during the conference and the parties' proposed schedule (Dkt. 10), it is hereby ordered:

1. A Jury Trial will be scheduled to begin on April 4, 2022, at 9:00 a.m., or as soon thereafter as it can be reached for trial, before United States Senior Judge Charles R. Wolle, in the United States Courthouse, Des Moines, Iowa. The parties estimate trial will take 10 days.

2. A Final Pretrial Conference shall be held on March 10, 2022, at 10:00 a.m., in the United States Courthouse, Des Moines, Iowa, before United States Magistrate Judge Stephen B. Jackson, Jr.

3. The parties shall exchange initial disclosures by January 8, 2021.

4. Motions to add parties shall be filed by January 22, 2021.

5. Motions for leave to amend pleadings shall be filed by January 22, 2021.

6. Plaintiff shall designate expert witnesses and disclose their written reports by March 26, 2021.

7. Defendants shall designate expert witnesses and disclose their written reports by May 28, 2021.

8. Plaintiff shall designate rebuttal expert witnesses and disclose their written reports by June 25, 2021.

9. Discovery shall be completed by October 15, 2021. Written discovery shall be propounded so that the time for response is not later than this date.

10. Dispositive motions shall be filed by November 4, 2021.

IT IS SO ORDERED.

Dated December 9, 2020.

_____
STEPHEN B. JACKSON, JR.
UNITED STATES MAGISTRATE JUDGE

2