IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| APRIL SAMP,<br><br>    Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>    Defendants. | Case No. 4:20-cv-00323-CRW-SBJ<br><br><br>**MOTION TO WITHDRAW** |

COMES NOW the undersigned attorney, Nathan Borland, and hereby moves to withdraw as Counsel for Plaintiff April Samp.

Brooke Timmer has been counsel in this matter and will continue on the case. The substitution of counsel will have no material adverse effect on the Plaintiff's interests.

WHEREFORE, the undersigned respectfully requests that the Court grant his Motion to Withdraw.

                                                        */s/ Nathan Borland*
                                                   TIMMER & JUDKINS, P.L.L.C.
                                                   Nathan Borland AT0011802
                                                   nate@timmerjudkins.com
                                                   1415 28th Street, Suite 375
                                                   West Des Moines, IA 50266
                                                   Telephone: (515) 259-7462
                                                   Fax: (515) 361-5390
                                                   ATTORNEY FOR PLAINTIFF