IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| APRIL SAMP,<br><br>    Plaintiff,<br><br>vs.<br><br>TEGNA BROADCAST HOLDINGS, LLC d/b/a WOI-TV, TEGNA INC., SUSAN MCELDOON, PATTI DENNIS, and PAUL TRELSTAD,<br><br>    Defendants. | Case No. 4:20-cv-00323-CRW-SBJ<br><br>**STIPULATED VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE** |

Plaintiff April Samp and Defendants TEGNA Broadcast Holdings, LLC d/b/a WOI-TV; TEGNA Inc.; Susan McEldoon; Patti Dennis; and Paul Trelstad; through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 41(b), hereby stipulate and agree that this action is dismissed in its entirety with prejudice, with all parties to bear their own costs and attorneys' fees.

WHEREFORE, the parties respectfully request the Clerk of Court record the dismissal with prejudice of Plaintiff's claims.

| | |
|---|---|
| */s/ Brooke Timmer*<br>TIMMER & JUDKINS, P.L.L.C.<br>Brooke Timmer AT0008821<br>brooke@timmerjudkins.com<br>1415 28th Street, Suite 375<br>West Des Moines, Iowa 50266<br>Telephone: (515) 259-7462<br>Fax: (515) 361-5390<br>ATTORNEYS FOR PLAINTIFF | */s/ Kendra D. Simmons*<br>FREDRIKSON & BYRON, P.A.<br>Bridget R. Penick, AT0006147<br>bpenick@fredlaw.com<br>Kendra D. Simmons, AT0012988<br>ksimmons@fredlaw.com<br>111 East Grand Avenue, Suite 301<br>Des Moines, IA 50309<br>Telephone: (515) 242-8900<br>Fax: (515) 242-8950<br>ATTORNEYS FOR DEFENDANTS |